**Exhibit A to the Complaint**

**Location:** Bartlett, IL  **IP Address:** 73.176.59.229
**Total Works Infringed:** 29  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7DF4859B80D82B1345D1F965D14182E7FE939ACF<br>File Hash:<br>05FAA7765EBB5FAA25E0A39E4C5EA731662BA61A13B3F9CE5542494DCC443A5D | 11/23/2024<br>06:56:39 | Milfy | 10/02/2024 | 10/16/2024 | PA0002494708 |
| 2 | Info Hash: 31A1C481B6798D5618E32BD9D4D848468A41859B<br>File Hash:<br>DF2595D2D2AC2ED1E7DAF8F74680F052AFF61A3D60E1DBA9F8C41A6F975B6FAA | 11/23/2024<br>06:53:16 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |
| 3 | Info Hash: FC29778D617D1D109EDC762F1524897352FD9D38<br>File Hash:<br>AE3A35E190AF4F80FEA7807F843899250BE372B773F02DE8A1074F6435FC1D51 | 11/23/2024<br>06:49:33 | Milfy | 10/16/2024 | 11/18/2024 | PA0002500972 |
| 4 | Info Hash: 7B34A2065984468320211A5F5FAAEAA4A26B4F9C<br>File Hash:<br>C02C84C7C6A524E6F0CC5FF818A108F632C6C49CDE741448EDC3BE5FE83B7505 | 06/24/2024<br>05:45:26 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 5 | Info Hash: B7744E6B659A3C03BA69495675F53E0A86F23D5B<br>File Hash:<br>FF2DEF81BBF8298777CBD89311DAB20C406E9CAA9B42AA97FF6FE99664B5E960 | 06/16/2024<br>07:36:05 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 6 | Info Hash: B836A7432FD11CB1901F13BF646D9DE5E9274A53<br>File Hash:<br>F857990850455A660DFC6A8301D369A33A039955EF379E8F7D84BB1C7DA7860F | 06/13/2024<br>05:27:47 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |
| 7 | Info Hash: 7B6CEE63CF3F15E466E85FD83CDCDC0982BE6D41<br>File Hash:<br>89CC765EC5ACB78F24B4540FC42075A4B6DA98E93378B733E9E1AD18A3B5E722 | 05/18/2024<br>06:12:31 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 8 | Info Hash: 0340B11719D7E75F754475F90FB1F157AB343E59<br>File Hash:<br>61030F98B5A48AFADB42E07ACC3512FB66B04FFC5663D9D311F1752CB6FE2D47 | 05/17/2024<br>00:55:03 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 9 | Info Hash: 9B2DDED1949EFD57660944CE062531D998CFE96D<br>File Hash:<br>6D793FAFC6E195C55F39EBBCEC2D1199EF9778F0F74D3AE43167E898960A29EA | 05/16/2024<br>09:21:02 | Milfy | 01/03/2024 | 01/16/2024 | PA0002453476 |
| 10 | Info Hash: 99D04932631AB8518BDBA483F55E9D532776FDB3<br>File Hash:<br>486214BEBE9BE1748930A2228762FAB8478A0359A889488140DE7BC364BEED4E | 05/16/2024<br>09:18:59 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |
| 11 | Info Hash: 08FED45BA171AE15150C6E7CE42D7AEF80569D24<br>File Hash:<br>3E664FC9A5745B71D54FE037FA7B305542479B7428D20128ACF6746FC23C3DD1 | 05/16/2024<br>09:18:56 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 99A1D0925FF5BE11938252BDA2FA27D25621467E<br>File Hash: 3FAFD4D8BF7D51FDE683D95332E11F1CE9479D604BA88EE7C21D8605975FA6A3 | 05/16/2024 09:18:17 | Milfy | 10/11/2023 | 12/14/2023 | PA0002445916 |
| 13 | Info Hash: BE1D560116528936E31506631D294DF2DE9AC755<br>File Hash: 340B73F39A3E80DFE73A9BC331D1BE06C2173B757EE6D7AAA7CE72D5CBB9BC8C | 05/16/2024 09:17:32 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 14 | Info Hash: D5BEA8DB5D2D54B319098A6BEDDABB47479DAAEE<br>File Hash: 9063F316EA675D87D49C64DDD7074C98C7ADF2DF62E0B92A5E67E7536000904B | 05/16/2024 09:17:21 | Milfy | 03/13/2024 | 06/24/2024 | PA0002477486 |
| 15 | Info Hash: 3EFE3C98F907D2D4C8D3B13C9BFED15760F0CE2F<br>File Hash: D7C46C500CA6B4EA9DC1E9371454E9E0EA926AB1DC34198EA55414193A3F0B7E | 05/16/2024 09:16:42 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 16 | Info Hash: 65B04CB3170CF8B3DDC167A1E702CEC5A57C93A4<br>File Hash: 62098347D9810CB30922867503648BB70FB36FDBDBEDE31A09A46BE0D33E1928 | 05/16/2024 09:16:36 | Milfy | 07/05/2023 | 08/22/2023 | PA0002431067 |
| 17 | Info Hash: 7369EA6574DBB3BFA45817C8E3A870E13A3FF9A9<br>File Hash: 3A945FB9B783D2E7185E83EE43F166FF1FF91F2B73C4FBA064AF467682FC1AC7 | 05/16/2024 09:16:35 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 18 | Info Hash: 65E96461276525FC0B29011E9A9BC5CCCD01F909<br>File Hash: 4EE976A0F1FECF03D3B324B2EDCC6B659A431A910821A595B3D9DF0A57272E09 | 05/16/2024 09:16:31 | Milfy | 11/01/2023 | 12/07/2023 | PA0002446649 |
| 19 | Info Hash: 3D4373A34D97A409BB068329D49761FE013771B8<br>File Hash: D39B2488CDBCD36ED81D6438747FA76F27A6AB9135848B1A87391AE95B58A8E0 | 05/16/2024 09:16:25 | Milfy | 08/30/2023 | 12/05/2023 | PA0002443598 |
| 20 | Info Hash: 6F0B2ACE5CE7861312B63BA70170C991E3A25B73<br>File Hash: DB5E597F4D753AF22A5F38366F1497906845CF1C8E84332C2E2C74B949F40FDF | 05/16/2024 06:16:07 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 21 | Info Hash: A4212B5FE7559942C6C83E8741CA068BB98725C6<br>File Hash: FF5A987CEC9C55A517BA6117210261A3734A0FAE317A2D0DBDC27DAE83FFD1AB | 05/16/2024 06:15:26 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 22 | Info Hash: 7BE018E4A249E4CEAF9CCD6682E78817D34D12EA<br>File Hash: 51C69E3CEFA089356A6937592C7C28A0764B4401DAC3A6142658CC5BB9F432B0 | 05/16/2024 06:12:21 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 23 | Info Hash: 2E5920783795D9407FECAE9B09916066F0481F72<br>File Hash: F68A8B39502A63827784E37D8682534B681E95935AB4FF42254B6F4CAAC4D78B | 05/16/2024 06:12:06 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FF043AFADB5B9E294197D4A4AEE670FA7FE1334B<br>File Hash: 068E3BA8606CBB2F9E82BE3BEFF13454C7415E3FC50404ABE8D83815CB726D76 | 05/16/2024 06:11:24 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |
| 25 | Info Hash: E66215C7663C7EB92195BCC39A7634B78DDA4DB0<br>File Hash: 2F67958A520B51E4B5293ABB7FCC18EA62D1E002AAA88DE30E70C179DDDEE21F | 05/16/2024 06:11:07 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 26 | Info Hash: 512C2F257FE5722B78174D590623AB1EDEB93760<br>File Hash: C8F95B5B85F1A26423AB72FD609745D85829192326FC40E9239A6540204D7B0D | 04/28/2024 05:50:00 | Milfy | 12/06/2023 | 01/16/2024 | PA0002453488 |
| 27 | Info Hash: EA19DD29EBB5CE5E95E9E1177DCAABE337F5EC69<br>File Hash: AF1C061C7971B042C63ABC1BA1C7F021AA9D4369642B29286F635A201FA4ED2B | 03/30/2024 16:53:33 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 28 | Info Hash: 5DAB5EF770AC7593AC6365E5EF8054AEEDE31A2A<br>File Hash: FF87B81E3B85C9A9573289AD272E56A87FCD3F5DFF3495B9BE7F77FDEEFACECA | 03/07/2024 04:57:18 | Milfy | 01/24/2024 | 03/15/2024 | PA0002461445 |
| 29 | Info Hash: B0E1427042A68ECDDBAA4461CF0BF9738247ED1D<br>File Hash: 8F8149EE4EEB0173991637AF542EE2B09983709847E11D0EF27223B505984968 | 03/02/2024 18:10:09 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |